```
IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                WESTERN DIVISION
              No. 5:06-CR-168-1H
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) ) ) | **ORDER** |
| RICCO LAMONT MCKOY, Defendant, | ) ) ) | |

This matter is before the court on defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c), [DE #118 and #121]. The court has carefully reviewed this matter and finds that defendant's motions rely on Amendment 599 to the United States Sentencing Guidelines ("USSG"), which modified the application note to USSG § 2K2.4. However, Amendment 599 was enacted in 2000, and defendant was sentenced in 2007. Therefore, the motions, [DE #118 and DE #121], are DENIED.

This 30th day of December 2020.

				_____
				Malcolm J. Howard
				Senior United States District Judge

At Greenville, NC
#35